JUDGE JONES

'08 CIV 6416

LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
LITOHORO SHIPPING S.A.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

LITOHORO SHIPPING S.A.,                                    **ECF CASE**

                                    Plaintiff,

        - against -                                        08 Civ.

PROFERTIL PRODUTOS QUIMICOS E
FERTILIZANTES SA and BUNGE FERTILIZANTES,

                                    Defendants.
--------------------------------------------------------------X

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the

Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff LITOHORO

SHIPPING S.A., certifies upon information and belief that said plaintiff is not a publicly held

corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of

plaintiff which are otherwise publicly held in the United States.

Dated: July 17, 2008

                              LYONS & FLOOD, LLP
                              Attorneys for Plaintiff
                              LITOHORO SHIPPING S.A.

        By:        _Edward P. Flood_____
                   Edward P. Flood (EPF-5797)
                   65 West 36th Street, 7th Floor
                   New York, New York 10018
                   (212) 594-2400